**United States District Court for the Eastern District of California**

501 I St # 4200, Sacramento, CA 95814.

---

**FILED**

OCT 11 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**Case No.:** [Insert Case Number]

**Plaintiff:** Don Macallister

2:24 - CV 2804 - DAD CKD PS

**Defendant:** California Public Employees' Retirement System (CalPERS)

---

**COMPLAINT AND DEMAND FOR JURY TRIAL**

---

### **INTRODUCTION**

Plaintiff, **Don Macallister**, a disabled individual, US Congressional Tribute Honoree, and CEO of **5 Sec Recharging EVs Inc.**, files this lawsuit against the **California Public Employees' Retirement System (CalPERS)** for breaching its fiduciary duty, acting in bad faith, and misrepresenting its investment policies. Despite making public commitments to invest in private market climate technologies, CalPERS failed to provide a fair evaluation of Plaintiff's breakthrough 5 Sec Recharging™ technology, which has the potential to revolutionize the electric vehicle (EV) market and reduce recharging times by **720 times** compared to existing solutions.

1

Worse still, CalPERS withheld **full and accurate disclosure** from its members, depriving them of their right to choose between outdated EV recharging systems, which require 30-60 minutes to recharge, and **5 Sec Recharging™ EVs**, which allow drivers to recharge **from zero to 400 miles in 5 seconds** without leaving their seat or handling bacteria-laden plugs. This omission amounts to **fraud**. CalPERS members deserve more choices, not fewer, and the duty to provide this information **before** EV technology is selected is crucial—not after.

---

### **JURISDICTION AND VENUE**

This Court has jurisdiction under **28 U.S.C. §§ 1331 and 1343** as the case involves federal law questions, including CalPERS' violation of federal securities regulations. Venue is proper in this district as the Plaintiff resides here and significant events leading to this dispute occurred within this jurisdiction.

---

### **PARTIES**

**Plaintiff:**

Don Macallister, a disabled individual and the CEO of **5 Sec Recharging EVs Inc.**, is an innovator in ultra-fast EV recharging technologies, specifically focused on reducing recharging times to **5 seconds**.

**Defendant:**

The California Public Employees' Retirement System (CalPERS) manages over $450 billion in assets and has publicly committed to investing $10 billion in climate technologies, including private market innovations.

---

### **FACTUAL ALLEGATIONS**

1. **Public Commitments:**

   CalPERS has publicly committed to investing $10 billion in climate technology initiatives focused on private market innovations to accelerate the transition to a low-carbon economy.

2. **Improper Review and False Representation:**

   Despite its commitments, CalPERS failed to properly evaluate **5 Sec Recharging EVs Inc.**. During a presentation on August 16, 2024, a single representative from CalPERS attended but did not review materials, misclassified 5 Sec Recharging as a pre-seed startup, and falsely claimed that CalPERS does not invest directly in private market technologies. This misrepresentation blocked 5 Sec Recharging from obtaining the necessary funding to fulfill orders from key clients like the **California Department of General Services (DGS)**, a critical player in managing CalPERS' own fleet of vehicles.

3. **Conflict of Interest:**

   CalPERS failed to disclose its investment in **Lucid Motors**, an EV manufacturer that offers vehicles with recharging times **720 times slower** than

3

the technology developed by Plaintiff. This conflict of interest led to a biased and unfair evaluation of 5 Sec Recharging technology.

4. **Harm to CalPERS Members:**

CalPERS members, especially female members, deserve **full and accurate disclosure** regarding EV technologies before they make their choice. Existing 30-60 minute recharging stations expose drivers to unnecessary safety risks, particularly women who may have to wait alone at secluded charging stations, handling unsanitary plugs. CalPERS has an obligation to inform its members that a superior solution—**5 Sec Recharging™**—exists, allowing them to **recharge from zero to 400 miles in just 5 seconds** from the comfort of their seat without exposing themselves to danger or inconvenience.

---

### **LEGAL CLAIMS**

1. **Breach of Fiduciary Duty:**

CalPERS has a fiduciary duty to act in the best interest of its members. By failing to provide **full and accurate disclosure** of EV technology options, and by withholding information about Plaintiff's superior technology, CalPERS breached this duty.

2. **Fraud and Misrepresentation:**

CalPERS misrepresented its investment policies and deliberately withheld key information from Plaintiff and its own members, depriving them of a meaningful choice between outdated EV technology and the **vastly superior 5 Sec Recharging™ technology**.

3. **Arbitrary and Capricious Conduct:**

CalPERS' decision-making process was arbitrary and capricious, contradicting its public mission to support climate technologies and causing significant financial harm to 5 Sec Recharging EVs Inc.

---

### **PRAYER FOR RELIEF**

Plaintiff requests the following relief:

1. **Declare** that CalPERS' actions constitute fraud and a breach of fiduciary duty.

2. **Order CalPERS** to revise its climate technology investment process to ensure transparent and fair evaluations of private market technologies.

3. **Award Damages** to Plaintiff, including:

- An amount equivalent to the funding necessary to deliver initial orders of **12 5 Sec Recharging™ SUV-Pickups** and **6 5 Sec Recharging™ stations**, as requested by the California Department of General Services (DGS), USMC, US Army, LAPD, and US DOE Clean Cities Coalitions.

- **$1 billion** for financial damages suffered by **5 Sec Recharging EVs Inc.** for lost business opportunities and delayed market entry.

4. **Grant Attorney's Fees and Costs**.

5. **Grant any other relief** deemed just and proper by the Court.

5

### **CONCLUSION**

The actions of CalPERS not only harmed the Plaintiff and delayed California's climate goals but also deprived its own members of their right to make an informed decision on EV technologies. The **time for full and accurate disclosure is now**. Members of CalPERS deserve to know they have a choice between outdated **30-60 minute recharging EVs** that pose safety risks and expose them to unnecessary delays or **5 Sec Recharging™ EVs**, which offer **720 times faster recharging** without leaving the comfort of their seat. It is a **fraud** to withhold these critical facts from members. CalPERS has the opportunity and obligation to **do the right thing** by considering Plaintiff's technology fairly and providing **full and accurate disclosure** to its members.

Date: [Insert Date]

Respectfully submitted,

*Don Macallister*

**Don Macallister**

Pro Se Plaintiff

CEO, 5 Sec Recharging EVs Inc.

21163 Newport Coast Dr
PMB 1010
New Port Coast, CA 92657