UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MACALLISTER, | No.  2:24-cv-02804-DAD-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, | |
| Defendant. | |

Plaintiff proceeds without counsel and seeks to proceed in forma pauperis. Plaintiff has filed a civil complaint and an application to proceed in forma pauperis ("IFP") on a Judicial Council of California form used in state court. (ECF Nos. 1, 2.)

In order to commence a civil action, along with the complaint, a plaintiff must either pay the $350.00 filing fee and the $55.00 administrative fee or file an application requesting leave to proceed IFP. See 28 U.S.C. §§ 1914(a), 1915(a). The court may authorize the commencement of an action without prepayment of fees by an individual who submits an affidavit evidencing an inability to pay such fees. 28 U.S.C. § 1915(a). Generally, "[a]n affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." Escobedo v. Applebees, 787 F.3d 1226, 1234 (9th Cir. 2015) (citing Adkins v. E.I. Du Pont de Nemours & Co., Inc., 335 U.S. 331, 339 (1948)). Nevertheless, an IFP

1

1  affidavit must "state the facts as to affiant's poverty with some particularity, definiteness and

2  certainty." United States v. McQuade, 647 F.2d 938, 940 (9th Cir. 1981).

3         Plaintiff's affidavit does not adequately demonstrate plaintiff was unable to pay the court

4  costs and still afford the necessities of life when plaintiff filed this suit. This court requires more

5  information than what was provided on the Judicial Council of California form, and specifically,

6  an itemized list of plaintiff's income and expenses. While § 1915(a) does not require a litigant to

7  demonstrate "absolute destitution," Adkins, 335 U.S. at 339, the applicant must nonetheless show

8  inability to pay the fees. 28 U.S.C. § 1915(a). Plaintiff has not done so.

9         Because plaintiff does not make an adequate showing of indigency for in forma pauperis

10  status, plaintiff will be granted 30 days in which to submit the filing fee and administrative fee to

11  the Clerk of the Court. In the alternative, plaintiff may submit a renewed application to proceed

12  IFP on the form used by this court.[1] Plaintiff is cautioned that failure to pay the court costs or file

13  a renewed affidavit will result in a recommendation that the application to proceed in forma

14  pauperis be denied and the present action be dismissed.

15         Accordingly, IT IS HEREBY ORDERED as follows:

16    1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied without

17         prejudice to renewal.

18    2. Within thirty (30) days from the date of this order, plaintiff shall submit the

19         appropriate filing fee and administrative fee or a fully completed and signed affidavit

20         to proceed without prepayment of fees on the form used by this court.

21  Dated:  October 16, 2024

22  _____
    CAROLYN K. DELANEY
23  UNITED STATES MAGISTRATE JUDGE

24

25  8
    maca24cv2804.ifp

26

27

28  _____
    [1] This form is located at https://www.caed.uscourts.gov/caednew/index.cfm/forms/civil.

2