UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MACALLISTER,<br>Plaintiff,<br>v.<br>CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM (CALPERS),<br>Defendant. | No. 2:24-cv-2804-DAD-CKD (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT FURTHER LEAVE TO AMEND</u><br><br>(Doc. No. 9) |

Plaintiff initiated this civil action by filing a complaint on October 11, 2024, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On March 26, 2025, the assigned magistrate judge screened plaintiff's second amended complaint and determined it to be deficient because it failed to state a cognizable federal claim for relief. (Doc. No. 9 at 2–5.) The magistrate judge also noted that plaintiff's original and first amended complaint had been dismissed with leave to amend, that plaintiff had been advised by the court of the deficiencies of those complaints and nonetheless had been unable to cure them, and concluded that the granting of further leave to amend would be futile. (*Id.* at 5.) Finally, the magistrate judge found that the court should decline to exercise jurisdiction over any of plaintiff's

remaining state law claims. (*Id.*) Accordingly, the magistrate judge recommended that this action be dismissed without further leave to amend for failure to state a claim. (*Id.*)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 5.) On April 7, 2025, plaintiff filed objections to the findings and recommendations in which he essentially restated the allegations of his previously filed complaints and sought further leave to amend. (Doc. No. 10.) Nothing in plaintiff's objections provides any basis upon which to reject the magistrate judge's well-reasoned findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 26, 2025 (Doc. No. 9), are adopted in full.
2. Plaintiff's second amended complaint (Doc. No. 8) is dismissed without further leave to amend for failure to state a cognizable claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE